In the Matter of the Claim of JOSEPH FRANK, Respondent, against SAM GROSS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Permission is granted to the attorneys for the insurance carrier to withdraw as attorneys for the employer on this appeal. They shall give consent to substitution of attorneys for the employer; and the parties may file separate briefs in this court. In other respects the motion is denied, without costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Mr. and Mrs. HOWARD REYNOLDS, Appellants, against AUTOMATIC TRANSPORTATION COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.—Motion granted by default. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of LILY ROSENBERG, Respondent, against PUBLIC MILK DAIRY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of SADIE E. BUTLER, Respondent, against WALBRIDGE BUILDING CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motions denied. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JENNIE WOODRICH, Respondent, against METHODIST BOOK CONCERN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of the Estate of M. E. WRIGHT and Others, Respondents, against GEORGE H. BOWMAN COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.